JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:23-cv-01007-SSS-SHKx | Date | September 18, 2023 |
|---|---|---|---|
| Title | *Jinlian Ge v. Los Angeles Asylum Office* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present    None Present

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On August 15, 2023, the Court issued an order directing Plaintiff to show cause, in writing, on or before 12:00 noon on September 5, 2023, why this action should not be dismissed for lack of prosecution [Dkt. 10]. As of today's date, Plaintiff has not responded. Accordingly, on its own motion, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Court hereby **DISMISSES** this case for lack of prosecution. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**